# Court of Appeals
# of the State of Georgia

ATLANTA,  April 28, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1846. TROY RIMES v. THE STATE.

Following a jury trial, Troy Rimes was convicted of terroristic threats and related offenses. Rimes filed a motion for new trial, which the trial court denied on August 17, 2023. Rimes subsequently filed a motion for out-of-time appeal on the basis that he had not been notified of the order denying his motion for new trial. On January 26, 2026, the trial court issued an order vacating and re-entering its order denying the motion for new trial. On March 31, 2026, Rimes filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Rimes's notice of appeal was filed 64 days after re-entry of the trial court's order denying his motion for new trial and is thus untimely. Consequently, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/28/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*